In the Matter of the Application of THOMAS F. LEE et al., Appellants, for a Writ of Habeas Corpus.
DE WITT H. LYON, as General Guardian of WILLIAM C. LEE, an Infant, Respondent.

(Submitted May 21, 1917; decided May 25, 1917.)

Motion for re-argument denied, with ten dollars costs. (See 220 N. Y. 532.)